■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT J. MOHR, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford*, 71 AD2d 38). (Appeal from judgment of Onondaga County Court, Burke, J. — attempted criminal possession of forged instrument, second degree.) Present — Dillon, P. J., Simons, Doerr, Boomer and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT VAN BUREN, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford*, 71 AD2d 38). (Appeal from judgment of Supreme Court, Onondaga County, Gorman, J. — burglary, first degree.) Present — Simons, J. P., Hancock, Jr., Callahan, Denman and Schnepp, JJ.

■ BURNETT ASSOCIATES, LTD., Appellant, v ROBERT VAN WINKLE, Doing Business as PROTDEC, Respondent. — Order unanimously affirmed, without costs (see *Eaton v Equitable Life Assur. Soc. of U. S.*, 81 AD2d 653, revd 56 NY2d 900). (Appeal from order of Supreme Court, Onondaga County, Murphy, J. — vacate default.) Present — Simons, J. P., Hancock, Jr., Callahan, Denman and Schnepp, JJ.

■ GRACE M. THIEBEAU, Respondent, v WILBURT C. WAHL, JR., Appellant. — Judgment unanimously reversed, without costs, and matter remitted to Supreme Court, Jefferson County, for a new trial, in accordance with the following memorandum: It was error for the trial court to give *res judicata* effect to an advisory opinion improvidently rendered by the Judge presiding over a pretrial conference. Respondent concedes that it was the understanding of the parties that the Judge's pretrial opinion, contained in a letter, was nonbinding and merely in furtherance of settlement. Since a critical issue was involved, it was error for the trial court to decline deciding that issue on the proof. (Appeal from judgment of Supreme Court, Jefferson County, Inglehart, J. — property damage.) Present — Simons, J. P., Hancock, Jr., Callahan, Denman and Schnepp, JJ.